■ In the Matter of the Final Accounting of HENRY D. PEROTTI, as Executor and Trustee of the Estate of JOHN PEROTTI, Deceased, Respondent. ERNEST PEROTTI, Appellant.— Motion by respondent to dismiss appeal denied,

on condition that appellant perfect the appeal and be ready to argue or submit it at the May Term, beginning April 24, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before April 10, 1961. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.